FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOADANUS JEROME OLIVAS,<br><br>          Petitioner,<br><br>     v.<br><br>W.L. MONTGOMERY, Warden,<br><br>          Respondent. | No. CV 15-1171 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice.

DATED: ___8/15/16___

_____
S. JAMES OTERO
United States District Judge